# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

S., *through his parents*,
    Plaintiff,

v.

WEST CHESTER AREA SCHOOL DISTRICT,
    Defendant.

CIVIL ACTION
No. 2:18-cv-00816-AB

## ORDER

**AND NOW**, this 14th day of January, 2019, it is **ORDERED** that:

1. Plaintiff's Motion for Judgment on the Administrative Record (ECF No. 12) is **DENIED**; and

2. Defendant's Motion for Judgment on the Administrative Record (ECF No. 13) is **GRANTED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on 1/14/2019